IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>OSVALDO SANCHEZ DELGADO,<br><br>    Defendant. | 4:18CR3088<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Theresa M. Siglar to withdraw as counsel of record for Defendant, (Filing No. 91), is granted.

2) Defendant's newly retained counsel, Michael J. Tasset, shall promptly notify Defendant of the entry of this order.

3) The Federal Public Defender's Office shall provide Theresa M. Siglar with a form to submit for compensation of time spent on this case on August 9, 2018.

4) The clerk shall delete Theresa M. Siglar from any future ECF notifications herein.

August 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge